Form 18-1

Form 18

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CHANGZHOU TRINA SOLAR ENERGY CO., LTD.,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES INTERNATIONAL TRADE COMMISSION,** <br><br> Defendant, <br><br> and <br><br> **SOLARWORLD AMERICAS, INC.,** <br><br> Defendant-Intervenor. | Consol. Court No. 13-00014 <br> [and Attached Schedule] |

## NOTIFICATION OF TERMINATION OF ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)

_____Timothy C. Brightbill_____ declares that (check one)

1)        TERMINATION BY AN INDIVIDUAL

◘       I am an attorney/consultant representing or retained on behalf of _____ _____ in this action (and on behalf of the parties indicated in the actions listed on the attached schedule).  I hereby give notice that I am no longer involved in the litigation in this action (and those actions listed on the attached schedule) and, therefore, I have terminated my access to Business Proprietary Information in such action(s).  I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____                             _____

     [Name of proceeding]                                          [Case or investigation no.]

OR

Form 18-2

2)     TERMINATION BY A FIRM

■     I am an attorney representing <u>SolarWorld Americas, Inc.</u> in this action (and the parties indicated in the actions listed on the attached schedule). I hereby give notice that, because of the termination of all litigation in this action (and those actions listed on the attached schedule) or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action (and those actions listed on the attached schedule) have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

| N/A | N/A |
|---|---|
| [Name of proceeding] | [Case or investigation no.] |

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action (and those actions listed on the attached schedule) or in the administrative proceeding(s) that gave rise to the action(s) to any person.

<u>/s/ Timothy C. Brightbill</u>
Timothy C. Brightbill, Esq.

**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
(202) 719-7000
WileyTrade@wiley.law

*Counsel to SolarWorld Americas, Inc.*

Date:    May 10, 2021

Form 18-3

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 15-00067 | *SunPower Corporation v. United States* | SolarWorld Americas, Inc. |
| 15-00068 | *Changzhou Trina Solar Energy Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
| 15-00073 | *Neo Solar Power Corporation v. United States* | SolarWorld Americas, Inc. |
| 15-00075 | *Solartech Energy Corp. v. United States* | SolarWorld Americas, Inc. |
| 15-00078 | *Gintech Energy Corporation v. United States* | SolarWorld Americas, Inc. |
| 15-00080 | *Jinko Solar Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
| 15-00081 | *Kyocera Solar, Inc. v. United States* | SolarWorld Americas, Inc. |
| 15-00083 | *Shanghai BYD Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
| 15-00085 | *SolarWorld Americas, Inc. v. United States* | SolarWorld Americas, Inc. |
| 15-00086 | *SolarWorld Americas, Inc. v. United States* | SolarWorld Americas, Inc. |
| 15-00087 | *Shanghai BYD Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
| 15-00088 | *Canadian Solar Inc. v. United states* | SolarWorld Americas, Inc. |
| 15-00089 | *Canadian Solar Inc. v. United States* | SolarWorld Americas, Inc. |
| 15-00090 | *SunPower Corporation v. United States* | SolarWorld Americas, Inc. |
| 15-00196 | *Goal Zero, LLC v. United States* | SolarWorld Americas, Inc. |

Form 18-4

| | | |
|---|---|---|
| 15-00231 | *SolarWorld Americas, Inc. v. United States* | SolarWorld Americas, Inc. |
| 15-00232 | *SolarWorld Americas, Inc. v. United States* | SolarWorld Americas, Inc. |
| 15-00315 | *Sunpreme Inc. v. United States* | SolarWorld Americas, Inc. |
| 15-00319 | *Aireko Construction, LLC v. United States* | SolarWorld Americas, Inc. |
| 16-00110 | *Goal Zero, LLC v. United States* | SolarWorld Americas, Inc. |
| 16-00132 | *Changzhou Trina Solar Energy Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
| 16-00134 | *SolarWorld Americas, Inc. v. United States* | SolarWorld Americas, Inc. |
| 16-00135 | *Yingli Green Energy Holding Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
| 16-00157 | *Changzhou Trina Solar Energy Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
| 16-00158 | *SolarWorld Americas, Inc. v. United States* | SolarWorld Americas, Inc. |
| 16-00171 | *Sunpreme Inc. v. United States* | SolarWorld Americas, Inc. |
| 17-00173 | *Canadian Solar International Limited v. United States* | SolarWorld Americas, Inc. |
| 17-00187 | *Ningbo Qixin Solar Electrical Appliance Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
| 17-00193 | *Shanghai BYD Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
| 17-00197 | *Changzhou Trina Solar Energy Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
| 17-00198 | *Changzhou Trina Solar Energy Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
| 17-00199 | *Changzhou Trina Solar Energy Co., Ltd. v. United States* | SolarWorld Americas, Inc. |

Form 18-5

| 17-00200 | *SolarWorld Americas, Inc. v. United States* | SolarWorld Americas, Inc. |
|---|---|---|
| 17-00201 | *Sunpreme Inc. v. United States* | SolarWorld Americas, Inc. |
| 17-00207 | *Canadian Solar Inc. v. United States* | SolarWorld Americas, Inc. |
| 17-00208 | *SolarWorld Americas, Inc. v. United States* | SolarWorld Americas, Inc. |
| 17-00210 | *Sino-American Silicon Products Inc. v. United States* | SolarWorld Americas, Inc. |
| 17-00217 | *SolarWorld Americas, Inc. v. United States* | SolarWorld Americas, Inc. |
| 17-00220 | *Shanghai BYD Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
| 17-00221 | *SolarWorld Americas, Inc. v. United States* | SolarWorld Americas, Inc. |
| 17-00244 | *Sumecht NA, Inc. v. United States* | SolarWorld Americas, Inc. |
| 17-00246 | *Changzhou Trina Solar Energy Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
| 17-00251 | *SolarWorld Americas, Inc. v. United States* | SolarWorld Americas, Inc. |
| 18-00023 | *Silfab Solar, Inc. v. United States* | SolarWorld Americas, Inc. |
| 18-00168 | *Sunpreme Inc. v. United States* | SolarWorld Americas, Inc. |
| 18-00176 | *Changzhou Trina Solar Energy Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
| 18-00184 | *Canadian Solar Inc. v. United States* | SolarWorld Americas, Inc. |
| 18-00185 | *SolarWorld Americas, Inc. v. United States* | SolarWorld Americas, Inc. |
| 18-00186 | *Sumec Hardware & Tools Co., Ltd. v. United States* | SolarWorld Americas, Inc. |

Form 18-6

| 18-00187 | *Changzhou Trina Solar Energy Co., Ltd. v. United States* | SolarWorld Americas, Inc. |
|---|---|---|
| 18-00189 | *SolarWorld Americas, Inc. v. United States* | SolarWorld Americas, Inc. |
| 18-00190 | *JA Solar Technology Yangzhou Co., Ltd. v. United States* | SolarWorld Americas, Inc. |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)